

FILED
CLERK, U.S. DISTRICT COURT

DEC 16 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | ~~8:24-CR-00113~~ 8:22-cr-00174-FMO-2 |
| v. | |
| ADEOLA BOBOLA OGUNJOBI, | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___December 19, 2024___, _____, at __1:30__ ☐a.m. / ☒p.m. before the Honorable ___Douglas F. McCormick___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_____(Other custodial officer)_____

Dated: ___December 16, 2024___

_____Douglas F. McCormick_____
U.S. District Judge/Magistrate Judge